# Court of Appeals
## Tenth Appellate District of Texas

10-26-00164-CV

In re Eric J. Ramirez

Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

The Petition for Writ of Mandamus, filed on April 29, 2026, by Relator Eric J. Ramirez, is denied.



_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  May 7, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Petition denied
OT06